UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE DANIELS**

07 CIV 4779

Plaintiff: MANN, LOUSBAY & LIAN MCI

-v-

Defendant: MICHAEL BROWN, Fifth Avenue Partners et al.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiffs_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.


RECEIVED JUN 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: 6/4/07

Signature of Attorney: Joshua Bachrach

Attorney Bar Code: JB 5707

Form Rule7_1.pdf