SFP: 2007-4699
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **10 July 2007**
que le demande a ete executee  le (date)

-at (place, street, number)     LAMBERHURST DEVELOPMENTS LTD
-a (localite, rue, numero)      R/O 10 DOMINION STREET
                                LONDON
                                EC2M 2EE

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method     **Served by 1st class post on the Registered**
selon la forme particuliere suivante                      **address of the Company**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:


in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

                                                Done at London
                                                fait a

in appropriate cases, documents                 the 18 July, 2007
establishing the service:                       le
le cas echeant, les documents
justicatifs de l'execution:
                                                Signature and/or stamp:
                                                Signature et/ou cachet:

[Stamp: SUPREME COURT OF ENGLAND & WALES, FOREIGN PROCESS SECTION, 18 JUL 2007, QBD]

IN THE HIGH COURT
QUEEN'S BENCH DIVISION

ZURUCKSENDEN - TO RETURN
a' retourner - da restituire

BEFORE THE SENIOR MASTER

CLAIM NUMBER
SFP 2007-4699

ROBERT W. MANN & OTHERS

CLAIMANT

-V-

LAMBERHURST DEVELOPMENTS LTD

DEFENDANT

### ORDER

**UPON READING THE** Bailiff's endorsement on the Certificate of Service of Foreign Process and of the Court's own motion

**IT IS ORDERED THAT** there be permission to serve by first class post on the following defendant:

LAMBERHURST DEVELOPMENTS LTD
10 DOMINION STREET
LONDON
EC2M 2EE

DATED : 05/07/2007

