**IN THE HIGH COURT**
**QUEEN'S BENCH DIVISION**



**BEFORE THE SENIOR MASTER**

**CLAIM NUMBER**
**SFP 2007-4692**

RE: 5TH AVENUE PARTNERS LIMITED

ORDER

[Stamp: SUPREME COURT OF ENGLAND & WALES — 18 JUL 2007 — QBD]

UPON READING THE BAILIFF'S ENDORSEMENT ON THE CERTIFICATE OF SERVICE OF FOREIGN PROCESS AND OF THE COURTS OWN MOTION

**IT IS ORDERED THAT**

PERMISSION TO SERVE BY 1ST CLASS POST ON THE REGISTERED ADDRESS OF 5TH AVENUE PARTNERS LIMITED AT

26 UPPER BROOK STREET
LONDON
W1K 7QE

DATED 17TH JULY 2007

SFP: 2007-4692
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) 20 July 2007
que le demande a ete executee       le (date)

-at (place, street, number)        5TH AVENUE PARTNERS LTD
-a (localite, rue, numero)         26 UPPER BROOK STEET
                                   LONDON
                                   W1K 7QE

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method    **Documents posted via first class post on the**
selon la forme particuliere suivante                     **registered address.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                              Done at London
                                              fait a

in appropriate cases, documents               the 27 July, 2007
establishing the service:                     le
le cas echeant, les documents
justicatifs de l'execution:                   Signature and/or stamp:
                                              Signature et/ou cachet:

