

**HER MAJESTY'S COURTS SERVICE**
**hmcs**

**ROYAL COURTS OF JUSTICE GROUP**
**Queen's Bench Division**
Foreign Process Section
Room E10
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44450 Strand

**T** 020 7947 6691
**F** 020 7947 6975

**Text Phone** 18001 020 7947 6691
(Helpline for the deaf and hard of hearing)

www.hmcourts-service.gov.uk

JOSHUA BACHRACH, ESQ
RAWLE & HENDERSON LLP
SUITE 4636 46TH FLOOR
140 BROADWAY, NEW YORK
NY, 10005
USA

Our ref:   SFP 2007-4692
Your ref:

Date: 09 August 2007

Dear Sir/Madam

**Re: Service of Foreign Process on 5th Avenue Partners Ltd**

In reference to service of the above defendant, as you would already know from the certificate of service that was sent to you on the 27 July 2007, service was effected via first class post. We could do this as 5th Avenue Partners Ltd was still a registered company of England and their trading address was confirmed at 26 Upper Brook Street London, W1K 7QE. (Confirmed by Companies House records)

However, the papers were returned to us marked return to sender, and some of the address had been scribbled out.

We sought the directions of the Senior Master for England and Wales and he has determined that even though the documents were returned to us, **service was effected on 5th Avenue Partners Ltd, date of service being the 20 July 2007**.

Please contact us if you have any further queries regarding this matter.

Yours faithfully,

*[signature]*

Mr Alvin Aubeeluck
**Foreign Process Section**