UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE JUDGMENT OF COMMERCIAL
COURT, LONDON,
DATED OCTOBER 23, 2006

Relates to:
ROBERT W. MANN, AS TRUSTEE FOR
ROBERT W. MANN RETIREMENT TRUST,
LOTUSBAY, LLC,
LIAN MEI DEVELOPMENT, LLC,
        Judgment Creditors

V.

MICHAEL ROBERT ALEXANDER BROWN,
FIFTH AVENUE PARTNERS LTD.,
DEVONSHIRE CAPITAL LTD.,
LAMBERHURST DEVELOPMENTS LTD.,
FIFTH AVENUE PARTNERS GMBH
        Judgment Debtors

Docket # 07-CIV-4779
Judge Daniels

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**



Upon the motion of Joshua Bachrach, attorney for Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew R. Benedict, Esquire |
| Firm Name: | Rawle & Henderson LLP |
| Address: | The Widener Building |
| | One South Penn Square |
| City/State/Zip: | Philadelphia, Pennsylvania 19107 |
| Email Address: | abenedict@rawle.com |

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    SEP 0 6 2007

City, State:

*George B. Daniels*
United States District/Magistrate Judge
HON. GEORGE B. DANIELS

2116407-1