# RAWLE & HENDERSON LLP



SDNY
UMENT
RONICALLY F
LED: JAN 2 3 2008

ANDREW R. BENEDICT
215-575-4277
abenedict@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

January 22, 2008

*Via Facsimile Only*

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**

The conference is adjourned to
March 19, 2008 at 9:30 a.m.

*George B. Daniel*

**HON.** GEORGE B. DA ...

JAN 2 3 2008

> **In Re: Mann, et al. v. Brown, et al**
> **07-CV- 4779; 07-CV-6376**
> **Our File No. 445,910**

Dear Judge Daniels:

We are writing to request a continuance of the Case Management Conference scheduled in this matter for Thursday, January 24, 2008. We have located defendant, Michael Brown, in a London prison and are currently attempting to serve him. We feel that it is everyone's best interest to delay this Conference until we are in a better position to discuss its finer points. We believe that we can have the service issues completed in 45 days or, at that point, we may voluntarily dismiss if service cannot be effectuated.

Thank you. We look forward to hearing from you.

Respectfully yours,

RAWLE & HENDERSON LLP

By:

Andrew R. Benedict

ARB/tmw

2255655-1