UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JUDGMENT OF COMMERCIAL COURT, LONDON, DATED OCTOBER 23, 2006<br><br>Relates to:<br>ROBERT W. MANN, AS TRUSTEE FOR ROBERT W. MANN RETIREMENT TRUST, LOTUSBAY, LLC, LIAN MEI DEVELOPMENT, LLC,<br>       Judgment Creditors<br><br>V.<br><br>MICHAEL ROBERT ALEXANDER BROWN, FIFTH AVENUE PARTNERS, LTD., DEVONSHIRE CAPITAL LTD., LAMBERHURST DEVELOPMENTS LTD., FIFTH AVENUE PARTNERS GMBH<br>       Judgment Debtors | Docket # 07 CIV 4779<br><br>RULE 41(a)(1)(A)(i)<br>DISMISSAL<br>WITHOUT PREJUDICE |

**JUDGMENT CREDITORS', ROBERT W. MANN RETIREMENT TRUST, LOTUSBAY, LLC AND LIEN MEI DEVELOPMENT, LLC,
VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)(1)(A)(i)</u>**

Judgment Creditors, Robert W. Mann Retirement Trust, Lotusbay, LLC and Lien Mei Development, LLC, by their attorneys, Rawle & Henderson LLP, hereby dismiss their claims in this action without prejudice pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
Andrew R. Benedict

DATED: April 23, 2008

2369890-1